JOHN J. TUCHI
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
Arizona State Bar No. 003938
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Jesse Wewa<br><br>      Defendant. | CR09-2075 TUC-JMR JCG<br><br>**INDICTMENT**<br><br>Violation: 18 USC §111(a) and (b)<br><br>Assault on a Federal Officer |

**THE GRAND JURY CHARGES:**

### Count 1

On or about August 5, 2009, at or near Tucson in the District of Arizona, Jesse Wewa, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Corrections Officer Robert Holembaek, an officer of the United States, while said officer was engaged in and on account of the performance of his official duties in that he punched Corrections Officer Hollembaek in his face ; in violation of Title 18, United States Code Section 111(a).

### Count 2

On or about August 5, 2009, at or near Tucson in the District of Arizona, Jesse Wewa did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere

with Corrections Officer Joe Contreras, an officer of the United States, while said officer was engaged in and on account of the performance of his official duties and in the process inflicted bodily injury upon Corrections Officer Joe Contreras in that he punched Corrections Officer Joe Contreras in his face and struggled and wrestled with Corrections Officer Joe Contreras causing Corrections Officer Joe Contreras to injure his knee; in violation of Title 18, United States Code Sections 111(a) and 111(b).

A TRUE BILL



Presid̶̶̶̶̶̶̶̶

SEP 1 6 2009

JOHN J. TUCHI
United States Attorney
District of Arizona

Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE

United States v. Jesse Wewa
Indictment Page 2